UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL HORACEK,

No. 07-11885

Plaintiff,

District Judge Arthur J. Tarnow

v.

Magistrate Judge R. Steven Whalen

DAVID J. BURNETT,

Defendant.
_____ /

**ORDER DENYING RECONSIDERATION**

On July 10, 2007, this Court entered an order granting Defendant an extension of 60 days to respond to Plaintiff's complaint. *See* Docket #11. Plaintiff has filed a motion for reconsideration of that order [Docket #15].

Plaintiff has failed to demonstrate a palpable defect by which the court and the parties have been misled, or that correcting any alleged defect would result in a different disposition of the matter. E.D. Mich. L.R. 7.1(g)(3). Accordingly, Plaintiff's motion for reconsideration [Docket #15] is DENIED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 20, 2007.

                                                S/G. Wilson
                                                Judicial Assistant